PROB 12A
(11/13)SWPA

# UNITED STATES DISTRICT COURT
## for
### EASTERN DISTRICT OF NEW YORK

**Report on Offender Under Supervision**



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 27 2017 ★

LONG ISLAND OFFICE

Name of Offender: Earl Williams                   Case Number: CR13-326(JS)

Name of Sentencing Judicial Officer: The Honorable Joanna Seybert, U.S. District Judge

Date of Original Sentence: 4/19/2016

Original Offense: Hobbs Act Robbery Conspiracy, a Class C Felony in violation of 18 U.S.C. 1951(a)

Original Sentence: Time served, 3 years supervised release, $100 SA fee; search condition

Type of Supervision: TSR                   Date Supervision Commenced: 4/19/2016

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | New Criminal Conduct: Unlawful Possession Radio Devices |
| 2 | New Criminal Conduct: Equipment Violation-Safety Glass |
| 3 | New Criminal Conduct: License Plate Violation: Registered Plate Display |

U.S. Probation Officer Action:

On February 21, 2017, Williams was arrested by officers of the New York City Police Department (NYPD) and charged with Unlawful Possession of Radio Devices, a class B Misdemeanor; Equipment Violation-Safety Glass, a violation and License Plate Violation: Registered Plate Display, a violation.

According to the arrest report, on February 21, 2017, Williams was observed driving a vehicle which had tinted windows and the rear plate partially bent making it unable to read the full license plate. Upon further investigation, Williams did have police scanner radio in his possession.

On February 22, 2017, Williams was arraigned at Queens Criminal Court and released on his own recognizance. Williams is scheduled to appear in Court on May 30, 2017.

*Prob 12A - Report on Offender Under Supervision*                                                                    *Page 2*
*Earl Williams*                          *PACTS:64840*                    Case Number: CR00326

On February 27, 2017, Williams reported to the Probation Department and admitted to the aforementioned charges. Williams was remorseful and informed that he is in the process of removing the tints of the vehicle's windows and fix the license plate. Furthermore, Williams informed that he is a volunteer firefighter in the Bronx and admitted to having the police scanner radio on him. Williams also provided identification corroborating his position as a Volunteer Firefighter. Notably, Williams reported the arrest in a timely manner.

On February 27, 2017, Williams was presented with a written reprimand and acknowledged that any future noncompliance will result in further court action. Absent of this arrest, Williams has remained compliant with all conditions of supervision. To date, all urinalysis have returned negative for illicit drug use.

Based on the nature of the arrest, written reprimand and Williams initiative and willingness to remove the tinted windows and fix the license plate, we respectfully recommend that no action be taken at this time.

Respectfully submitted,

Cristina Vigliotti
U.S. Probation Officer
Date: 03/20/2017

Approved by,

Edward Kanaley
Supervisory U.S. Probation Officer
Date: 03/20/2017

---

**THE COURT ORDERS:**
☒ Received; The Court concurs with the recommendation of the Probation Department
☐ Other

/s/ Joanna Seybert
Signature of Judicial Officer

3/27/2017
Date